RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2008 AUG 22 PM 9:09
FILING DEPOSITORY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JORGE PONCE | ) |
| | ) |
| Complainant | ) |
| | ) |
| v. | )CA No. 1:08-CV-1026 |
| | )Judge Rosemary M. Collyer |
| JAMES H. BILLINGTON, LIBRARIAN<br>UNITED STATES LIBRARY OF CONGRESS | ) |
| | ) |
| | ) |
| Defendant | ) |

**PROOF OF SERVICE**

I, Ramona C. Cohen, make the following declaration with personal knowledge:

1. I am not a party to this action.
2. I have attained the lawful age of 18.
3. The Complaint was filed in the above-captioned action on June 16, 2008.
4. On July 8, 2008 a copy of the summons and complaint were served on the United States Attorney by certified mail at 555 4th Street, NW, Washington, DC.
5. On July 14, 2008 a copy of the summons and complaint were served on James Billington, 101 Independence Avenue, SE, Washington, DC 20540 by certified mail.
6. On July 14, 2008 a copy of the summons and complaint were served by certified mail on the Attorney General at the designated office at the Department of Justice, 10th and Constitution Avenue, N.W., Washington, D.C. 20530.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2008

Ramona C Cohen

Ramona Cohen



# Track & Confirm

## Search Results

Label/Receipt Number: **7008 0150 0000 4655 5057**
Status: **Delivered**

Your item was delivered at 4:41 AM on July 11, 2008 in WASHINGTON, DC 20530.

Additional Details > Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

Go >

Notification Options

Track & Confirm by email

Get current event informatic upda

7008 0150 0000 4655 5057

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.24 |

Postmark Here
7/8/07

Sent To United State Attorney
Street, Apt. No.; or PO Box No. 555 4th ST NW
City, State, ZIP+4 WDC 20001-2733

PS Form 3800, August 2006 See Reverse for Instructions

 & Premier Accounts

Copyright© 1999-2007 USPS. All Rights R

Bonne

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney
555 4th ST, NW
Wash DC 20001-2733

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) JUL 11 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7008 0150 0000 4655 5057

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



USPS - Track & Confirm Case 1:08-cv-01028-RMC Document 2 Filed 08/22/2008 Page 3 of 4
Page 1 of 1

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 0150 0000 4655 5033**
Status: **Delivered**

Your item was delivered at 7:43 AM on July 14, 2008 in WASHINGTON, DC 20540.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm
Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.24 |

Postmark Here
7/8/08

7008 0150 0000 4655 5033

Sent To James Billington
Street, Apt. No.; or PO Box No. 101 Independence Ave SE
City, State, ZIP+4 WASH DC 20540-000

PS Form 3800, August 2006 See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 8/15/2008

USPS - Track & Confirm Case 1:08-cv-01028-RMC Document 2 Filed 08/22/2008 Page 4 of 4 Page 1 of 1

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 0150 0000 4655 5040**
Status: **Delivered**

Your item was delivered at 4:58 AM on July 14, 2008 in WASHINGTON, DC 20530.

Additional Details > Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**
Get current event informatic upd... ail.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*Domestic Mail Only; No Insurance Coverage Provi...*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7008 0150 0000 4655 5040

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.24 |

Postmark Here
7/8/08

Sent To: Attorney Gen of U.S
Street, Apt. No.; or PO Box No.: 10th + Pa ave NW
City, State, ZIP+4: WDC 20530-0001

PS Form 3800, August 2006 See Reverse for Instructions

Site Map Contact Us Forms Premier Accounts

Copyright© 1999-2007 USPS. All Rights Re...

Pomie

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the US Dept of Justice 10th + Penn ave NW WDC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
JUL 14 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7008 0150 0000 4655 5040

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

http://trkcnfrm1.smi.usps. 8/15/2008