## AFFIDAVIT OF JEWEL BALDWIN

I, Jewel Baldwin, make the following statement freely and voluntarily to Frank J. Mack, who has identified himself to me as a Senior Trial Attorney with the Office of General Counsel, Personnel Appeals Board, Government Accountability Office. Mr. Mack advises me that his Office has been retained by the Library of Congress to investigate several formal complaints of discrimination against the Library of Congress regarding the selection of Deborah Hayes for the position of Director, Workforce Diversity, advertised under Vacancy Announcement Number 060157.

I understand that this Affidavit may be used in evidence, is not confidential, and may be shown to interested parties, individuals who have a right to see, use or know of the affidavit and its content including, but not limited to, the Office of General Counsel of the Library, the Office of the Librarian of the Library, the Equal Employment Opportunity Complaints Office of the Library, and others who have a right to see, use, or know of this affidavit and its content.

1. I am a Senior Staffing Specialist in the Human Resources Services (HRS) office of the Library of Congress (Library) and I have held that position since June, 2002.

2. On May 15, 2006, I received a Vacancy Announcement Request ("VAR") from Bill Ayers, Acting Director of Workforce Acquisitions, Human Resources Services. The VAR was submitted by the Office of the Librarian of Congress to the HRS for processing. The VAR requested that HRS post a vacancy announcement for the position of Director of Workforce Diversity, SL-0260, in the Office of the Librarian. The stated reason for the request was the resignation of Gilbert Sandate, the then incumbent of that position. Attached to the request was Position Description number 12400, which described the duties and responsibilities of the position of Director of Workforce Diversity, as well as an Affirmative Action Recruitment Plan. Donald L. Scott, former Deputy Librarian of Congress, was the selecting official for the position of Director of Workforce Diversity.

3. I was assigned to serve as the HRS staffing specialist for Vacancy Announcement Number 060157. As the HRS staffing specialist I had the following responsibilities: advise the job analysis and interview panel members and Selecting Official of their duties and responsibilities, serve as a technical advisor to the job analysis and interview panel members and the Selecting Official, facilitate the responsibilities of the job analysis panel, ensure the use of correct documentation of the job analysis, assist in targeted recruitment efforts, issue and publicize the vacancy announcement, screen candidates against eligibility requirements for the position, issue the interview and final referral lists to the Selecting Official, respond to questions from applicants regarding the status of their application, and ensure that the candidates were notified of the results.

4. The June 10, 2005, Library of Congress Merit Selection Plan (Plan) governed the filling of Vacancy Announcement Number 060157. In accordance with the Plan, I convened the Job Analysis (JA) Panel. The JA Panel members were Deanna Marcum, Associate Librarian for Library Services, Gilbert Sandate, the former Director of Workforce Diversity, and Donald Scott, the Deputy Librarian of Congress at the time. I do not know who selected or appointed Mr. Sandate and Ms. Marcum to the JA Panel.

1

5. On May 25, 2006, I met with the JA Panel to suggest the Knowledge, Skills, and Abilities (KSA) factors for the position, the draft job analysis, and matrix worksheet, which were automatically generated by the Library's on-line application system, AVUE. After a discussion with the JA Panel members, the JA Panel certified the applicant questionnaire/crediting plan and vacancy announcement.

6. In addition, at the meeting on May 25, 2006, Mr. Sandate proposed some changes to the draft position description. Mr. Sandate edited the position description and sent his edits to me and the JA Panel members by email on May 26, 2006. Latoure Cofield, Classification Specialist, approved Mr. Sandate's proposed changes to the position description.

7. At some point before the Vacancy Announcement was posted, Donna Bruce from the Office of Workforce Diversity provided me a list of organizations to recruit applicants. It was my understanding that the list was prepared by Mr. Sandate. I checked the organizations to whom I should send Vacancy Announcement 060157 for recruitment purposes from Mr. Sandate's list that were listed in AVUE's recruiting sources so that Vacancy Announcement Number 060157 would be sent to the checked organizations by AVUE.

8. On June 2, 2006, Diana Baker, HR Assistant, sent Vacancy Announcement Number 060157 to the OPM USA Jobs for posting. After it was posted, Vacancy Announcement Number 060157 was open from June 5, 2006 to June 26, 2006. Applicants submitted their application on-line using the AVUE system. In accordance with the AVUE system, the applicant responses to the applicant questionnaire/crediting plan result in a computer generated rating. Applicants were also asked to self-identify their race, sex and national origin (RSNO).

10. During the period of the posting, I prepared the "structured interview guides" which were then reviewed and approved by the members of the JA Panel.

11. When the posting for Vacancy Announcement Number 060157 closed I gathered the RSNO data, and the AVUE-generated scores, of the applicants. The range of scores under Vacancy Announcement Number 060157 was 70-100. The RSNO data showed that a "cut-off" score of "100" would give the Interview Panel a diverse pool. I e-mailed Mr. Scott a break-down of the scores and he determined that the "cut-off score" should be "99." There were a total of 105 applicants and eighteen of 105 candidates scored "100" and that twenty-five candidates scored "99." Thus, I forwarded a total of 43 candidates to Mr. Scott for a "narrative review."

12. The Interview Panel members were Ms. Marcum, Mr. Sandate and Mr. Scott. The Interview Panel did not interview 43 candidates. Instead, the Interview Panel conducted a "narrative review" and reviewed the narratives/applications provided by the those who scored "100" or "99" to decide which candidates should be interviewed. After a review of the narratives/applications for the applicants who scored "100" or "99," the Interview Panel members decided to interview 16 candidates.

13. On July 3, 2006, I sent General Scott a list of 16 candidates referred for interview. I was not involved in any way in the interview process and did not assist the interviewing panel in preparing for, or conducting the interviews.

2

14. Upon the conclusion of the interviews, the Interview Panel members independently score the interviews using the benchmark anchors. After completing their individual scoring, I meet with the Interview Panel. I compile the individual scores and facilitate a discussion of their ratings and justifications. Based on the discussion, the Interview Panel members make final ratings independently.

15. I met with the Interview Panel Members and who provided me with their initial interview scores. I compiled the individual scores and met again with the panel to facilitate a discussion among the panel members of their scoring. I do not recall the specifics of the discussion

16. Based on each applicant's final score in the structured interview, on August 18, 2006, I sent General Scott a final referral of the best-qualified candidates from which he was to select a candidate. The final referral list included the name and final interview score of the applicants referred.

17. Mr. Scott selected Deborah Hayes for the position. The Office of the Librarian prepared a Personnel Action Request for Ms. Hayes' selection. A copy of the Personnel Action Request (PAR) was sent to Personnel Security where the selection is subject to a favorable evaluation of an appropriate personnel security/suitability investigation. Once Personnel Security completed the appropriate personnel security/suitability investigation, the PAR was approved by me and the official job offer was made to Ms. Hayes by Diana Baker, HRS Staffing Assistant.

I HAVE READ THE ABOVE-AFFIDAVIT CONSISTING OF _____ PAGES AND IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT THIS AFFIDAVIT IS NOT CONFIDENTIAL AND MAY BE SHOWN TO OTHER INDIVIDUALS ON AN AS-NEEDED BASIS.

_Jewel Baldwin_   10/3/07
Jewel Baldwin       (Date)

Subscribed and sworn/affirmed to before me this 22 day of October, 2007

_____
Notary Public (seal)
Expires: 11/14/2011

3