**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JORGE PONCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 08-1028 (RMC) |
| v. | ) |
| | ) |
| JAMES H. BILLINGTON, | ) |
| Librarian, United States Library of Congress, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR A NEW TRIAL**

Defendant, James H. Billington, Librarian, U.S. Library of Congress, by and through undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) for a one-week extension of time in which to respond to Plaintiff's motion for a new trial. Plaintiff's motion was filed on November 3, 2010, making November 22, 2010 the current deadline for Defendant to file his opposition. Defendant respectfully requests an enlargement of this time to, and including, Monday, November 29, 2010. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, undersigned counsel conferred with Plaintiff's counsel on this extension motion and Plaintiff's counsel consented to the relief requested. As set forth below, there is good cause to grant this motion.

Through his motion, Plaintiff claims that he is entitled to a new trial because, among other grounds, the Court erred in providing certain jury instructions and in its responses to certain questions posed by the jury on September 30, 2010, the last day of the trial in this action. Beginning on November 4, 2010, the day after the filing of Plaintiff's motion, undersigned counsel has undertaken diligent efforts to obtain the transcript of trial proceedings for September

30, 2010. This afternoon, undersigned counsel learned from the court reporter that the transcript for the trial proceedings on September 30, 2010 will likely be completed by Tuesday, November 23, 2010. Although Defendant has made significant progress in drafting the response to Plaintiff's motion, Defendant respectfully requests an extension of time of one week so that undersigned counsel may have an opportunity to obtain and review the transcript for the trial proceedings on September 30, 2010 prior to finalizing Defendant's opposition brief.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline. No other pending deadlines will be affected by granting Defendant's request.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time to file his opposition to Plaintiff's motion for a new trial in this action be extended to, and including, November 29, 2010. A proposed order is attached.

Date: November 19, 2010        Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, D.C. Bar #434122
Chief, Civil Division

By:   /s/ Michelle Lo                    .
MICHELLE LO
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-3517   Fax: (202) 514-8780
Michelle.Lo2@usdoj.gov
Wyneva.Johnson@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JORGE PONCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 08-1028 (RMC) |
| v. ) | |
| ) | |
| JAMES H. BILLINGTON, ) | |
| Librarian, United States Library of Congress, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion for Extension of Time to File Defendant's Opposition to Plaintiff's Motion for a New Trial, and for good cause shown, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is

ORDERED that Defendant shall have to, and including, Monday, November 29, 2010, to file his opposition to Plaintiff's motion for a new trial.

SO ORDERED.

_____         _____
Date                                                          Hon. Rosemary M. Collyer
                                                                      United States District Judge